**FILED**

SEP 17 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

PERRY MOSDROMOS

No. CR 3-12-70986 MAG

**ORDER EXCLUDING AND EXTENDING TIME**

_____/

At the parties' joint request on September 17, 2012, the Court finds that the ends of justice are served by excluding the time from September 26, 2012 and _____, 2012 from computation under the Speedy Trial Act because

____ the failure to exclude time would unreasonably deny counsel for Defendant ~~or counsel for the Government~~ the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence;

✓ the failure to exclude time would unreasonably deny Defendant ~~or the Government~~ continuity of counsel;

____ the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

The Court further finds that the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant[s] in a speedy trial. 18 U.S.C. § 3161(h)(7).

In addition, and with Defendant's consent, the Court finds that there is good cause--taking into account the public interest in the prompt disposition of criminal cases--to extend the time limits in Rule 5.1(c) of the Federal Rules of Criminal Procedure for a plea to ___Sep. 26___, 2012.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE