UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: Barbara Espinoza

**CRIMINAL MINUTES**

Date: **October 2, 2013**　　　　　　　　　　　Time:　2 minutes

Reporter:　Kathy Wyatt

Case No:　CR- 12-0690 CRB　　　　　　　　　DEFT:　PERRY MOSDROMOS
　　　　　　　　　　　　　　　　　　　　　　　　(X)Present

AUSA:　Kevin Barry　　　　　　　　　　　　　DEF ATTY:　Irvin Simmons
USPO:　
Interpreter:

**REASON FOR HEARING**　Status Conference

**RESULT**　Matter continued and set for plea with time excluded from 10/2/2013 to 11/25/2013 for effective preparation of counsel

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**　November 25, 2013 @ 2:00 p.m.　**for**　Change of Plea

**[ ] Defendant remanded to custody**

**JUDGMENT**

Notes: