**UNITED STATES DISTRICT COURT**　　　　**THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**　　Courtroom Clerk: Barbara Espinoza

<u>**CRIMINAL MINUTES**</u>

**Date:<u> January 15, 2014  </u>**　　　　　　Time:  <u> 3 minutes  </u>

**Reporter:  <u>Margo Gurule  </u>**

**Case No:  <u>CR-12-0690 CRB</u>**　　　　　**DEFT:  <u>PERRY MOSDROMOS  </u>**
　　　　　　　　　　　　　　　　　　　　　　(X)Present

AUSA:  <u>Cynthia Frey for K Barry</u>　　　　DEF ATTY:  <u>Lisa Simons for Irvin Simmons </u>
USPO:  <u>_____</u>
Interpreter:<u>_____</u>

**REASON FOR HEARING**  <u> Status Conference _____</u>

**RESULT**  <u> Matter continued with time excluded from 1/15/2014 to 3/5/2014 for effective </u>

<u>preparation of counsel. _____</u>


Motions (if any) to be filed no later than <u>_____</u>
Motions to be noticed to be heard no later than <u>_____</u> otherwise, they will be deemed to
be waived.

**Case Continued to** <u> March 5, 2014 @ 2:00 p.m._____</u> **for** <u>Change of Plea_____</u>


**[] Defendant remanded to custody**


**JUDGMENT**<u>_____</u>


Notes:<u>_____</u>

<u>_____</u>